

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-14-00363-CV

Augustine **NWABUISI**, Rose Nwabuishi, Resource Health Services, Inc dba Resource Home
Health Services, Inc. and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion
is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court